```
RESIDENT HISTORY REPORT                                                  Page 1 of 1

HRYCI
09/30/05 15:36
ST 006 / OPR KJG

SBI              : 265480
Resident Name    : JURBALA, CHARLES
Time Frame       : 07/13/2004 09:20 - 09/30/2005 15:36

------------------------------------------------------------------------------------
Date         Time    Type             ST   OPR   Receipt #        Amount      Balance
------------------------------------------------------------------------------------

07/13/2004   09:20   Intake           5    DMF   E3149              1.31         1.31
07/20/2004   14:37   Order            2    DDT   B25643             1.11         0.20
07/26/2004   12:49   Add              4    CK    D10168            25.00        25.20
07/28/2004   07:56   Order            2    IM    B26638            23.41         1.79
08/03/2004   12:13   Add              4    SED   D10637            25.00        26.79
08/03/2004   13:29   Order            2    DDT   B27294            24.68         2.11
08/10/2004   11:48   Order            2    DDT   B28205             1.74         0.37
08/13/2004   14:07   Credit           2    DDT   B28538             1.74         2.11
08/16/2004   13:36   Add              4    SED   D11265            20.00        22.11
08/24/2004   08:20   Order            2    DDT   B30074            21.69         0.42
09/01/2004   08:32   Order            2    IM    B31001             0.39         0.03
09/03/2004   14:25   Credit           9    IM    I286               0.39         0.42
09/08/2004   15:47   Order            2    IM    B32020             0.39         0.03
09/12/2005   14:09   Add              4    SEA   D32201            40.00        40.03
09/16/2005   12:26   Add              4    KTS   D32501            30.00        70.03
09/19/2005   06:42   Order            2    DDT   B79972            56.51        13.52
09/26/2005   11:27   Add              4    SEA   D32974            35.00        48.52
```

05-738

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2005 OCT 21 AM 9:23

## Affidavit

I Charles Jurbala do hereby swear under the penalty of perjury that the below information is true and correct.

I Charles Jurbala as of today (10-16-05) have no assets of any kind.

10-16-05 — Charles Jurbala

Case 1:05-cv-00738-GMS   Document 1-2   Filed 10/21/2005   Page 2 of 2