(Rev. 5/05)



FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Charles Jurbala #265480
(Name of Plaintiff)     (Inmate Number)

P.O. BOX 9561, Wilmington, DE 19809
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)     (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

05-738
(Case Number)
( to be assigned by U.S. District Court)

vs.

(1) Dewey R. Stout
(2) State of Delaware
(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

2005 OCT 21 AM 9: 14
FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NONE

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • •(Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •Yes • (No)

C. If your answer to "B" is Yes:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: The issue is not with the institution.

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Dewey R. Stout
    Employed as Police Office at Troop 2 State Police
    Mailing address with zip code: Troop 2, Newark, DE 19702

(2) Name of second defendant: State of Delaware
    Employed as _____ at _____
    Mailing address with zip code: _____

(3) Name of third defendant: _____
    Employed as _____ at _____
    Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Please see attached forms, 3 pages.

2. 

3. 

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want 20,000,000 awarded to me.

3

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _sixteen_ day of _October_, 2_005_.

_Charles Jurbala_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Page 1 of 3

On 7-13-04 Det. Dewey Stout, a Delaware State police officer at Troop 2 in Newark, DE arrested Mr. Charles Turbala (Plaintiff) at 2:00 am at a Wawa store located at 1605 Pulaski Hwy., Newark, DE. Two bystanders by the name of Clayton A. Carroll III and Clayton A. Carroll IV were at the scene when Mr. Turbala was arrested. In fact the Carrolls assisted Det. Stout in Mr. Turbalas arrest.

Det. Stout testified at Mr. Turbalas trial on March 8th 2005 that Mr. Turbala was walking from the back of said Wawa store and looking inside the front door of the store without entering. However, on Sept. 2nd Det. Stout testified at Mr. Turbalas Violation of Probation hearing that he viewed the surveilence tapes and that Mr. Turbala was not on any of the tapes. He also testified that those tapes cover the front doors of the store.

Once Mr. Turbala was handcuffed Det. Stout found a gun. On March 8th Det. Stout testified that he found the said gun approximately 6 to 8 feet from Mr. Turbala. He also testified that Mr. Turbala claimed a jacket, shirt, and a pack of cigarrettes that were laying on the ground. Det. Stout even went as far as testifying that the gun was touching the cigarrettes when Mr. Turbala asked can he please have one of his cigarrettes. However, both Carrolls testified that they never saw any cigarrettes or ever heard Mr. Turbala say anything concerning any cigarrettes. In fact both Carrolls testified that they never even saw a gun on the ground. They both testified that the first time they saw a gun was when it was in Det. Stouts hands. The Carrolls asked

Det. Stout where he found the gun at and Det. Stout replied to them, "I found it in the jacket Mr. Jurbala had on!" In Det. Stouts initial police report he writes that the gun fell out of Mr. Jurbalas jacket.

On Sept-2-04 at Mr. Jurbalas violation of probation hearing Det. Stout testified the he had not recived any finger print results back yet, so he was unable to say if my[1] finger prints were on the gun. However, Det. John Ubil testified on March-8-05 that he did the finger printing test on July-26-04 and gave Det. Stout the test results on July-27-04 which showed my finger prints were not on the gun. (1) Note: (My) Referes to Mr. Jurbala

Det. Stout testified under oath at Mr. Jurbalas trial on March 8th of 05 that it was a hot july night when Mr. Jurbala was arrested. He also testified that Mr. Jurbala had on a heavy winter coat, two long sleeve shirts, and a tank top t-shirt. However, that testimony is inconsistent with Det. Stouts initial Police report and his sept-2nd-04 testimony. Det. Stout testified on sept. 2nd that Mr. Jurbala had on a lelther jacket, one t-shirt, (not two long sleeves) and a tank top t-shirt.

Det. Stout also testified on March-8th-05 that their were other officers on the scene when he recovered the gun. These officers names are Melvin L. Jones, Jandre B. Lafate, Benjamin L. Nefosky, and Kurt E.

Page 3 of 3

Einbrod. However, on sept-2nd-04 Det. Stout testified that other officers were not on the scene when said gun was recovered.

Therefore, while acting under color of state law Det. Stout knowingly committed perjury and falsified Police reports along with holding important test results that in turn resulted in Mr. Jurbala not recieving a fair violation of probation hearing or a fair trial.



Charles Surbala #265480 1K-1 1
Howard L. Young Corr. Institution
P.O. Box 9561
Wilmington, DE 19809

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington DE 19801

(Legal Mail)