IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Charles Jurbala            )
    Plaintiff,         )
                         )
    v.                     ) Civil Action No. 05-738-~~UNA~~ GMS
                         )
Dewey R. Stout,            )
State of Delaware          )
    Defendants.        )

FILED NOV - 4 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Charles Jubala, SBI #265480, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $3.50 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated Oct-31_____, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: NOV-2_____, 2005.

                                               *Charles Jurbala*
                                               Name of Plaintiff





Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

Charles Borbola #265480
Howard R. Young Corr. Institution
P.O. Box 9561
Wilmington, DE 19809